No. 5843.—PAZ, aplte. *v.* MARYLAND CASUALTY Co., aplda.—C.D. Mayagüez. ▮▮▮▮▮▮▮▮▮ Diciembre 15, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, los únicos supuestos errores señalados por el apelante son:

"1. La corte, mediante prejuicio, pasión y parcialidad, erró al declarar como declaró, que el demandante no había probado que su automóvil hubiera sufrido colisión alguna, errando asimismo al asegurar que dicho demandante hubiera dejado de probar que el dicho automóvil chocara con un árbol de la carretera y como consecuencia de dichos choques se desarrollara en él un incendio que le destruyera.

"2. La corte, mediante prejuicio, pasión y parcialidad, erró al declarar que la única causa del daño sufrido por el carro del demandante lo fuera por un incendio y no como consecuencia del choque sufrido.

"3. La corte, mediante prejuicio, pasión y parcialidad, cometió error en la apreciación de la prueba.

"4. La corte cometió error al declarar sin lugar la demanda."

POR CUANTO, no encontramos indicio alguno de pasión, prejuicio o parcialidad, ni existe error tan manifiesto en la aprobación de la prueba que exija una revocación de la sentencia apelada;

POR CUANTO, en tal virtud resulta innecesario discutir las cuestiones referentes a la interpretación y alcance de cierta cláusula de la póliza eximiendo a la compañía aseguradora de responsabilidad por toda pérdida o daño por fuego o por cualquier causa que fuere;

POR TANTO, se confirma la sentencia apelada que dictó la Corte de Distrito de Mayagüez en 30 de junio de 1931.